UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

HEATHER M. NORMAN,            )
                             )
      Plaintiff,             )
                             )
            v.               )    NO.  1:10-0045
                             )
DOLLAR GENERAL CORPORATION,  )    Judge Echols/Bryant
                             )
      Defendant.             )

**O R D E R**

The defendant has now filed an answer to the plaintiff's complaint (Docket Entry No. 5).  In view of an answer having been filed, the initial case management conference previously scheduled for Monday, August 30, 2010, at 10:00 a.m. (Docket Entry No. 2) is **RESET** to **Tuesday, July 27, 2010, at 9:30 a.m.**  Counsel shall file a proposed initial case management order three (3) business days prior to July 27, 2010.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge