ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| HEATHER M. NORMAN, ) | |
| ) | |
| Plaintiff, ) | No. 1:10-0045 |
| ) | |
| v. ) | Judge Echols/Bryant |
| ) | |
| DOLLAR GENERAL CORPORATION ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SUBSTITUTE DEFENDANT'S NAME AND CASE CAPTION

Comes now the Plaintiff, by counsel, and moves this Court to substitute Defendant "Dollar General Corporation" with "Dolgencorp, LLC," that the Defendant is now "Dollar General Corporation," and that the caption in this case be changed to Heather M. Norman v. Dolgencorp, LLC. Counsel for plaintiff has consulted with defense counsel and they have no objection. A proposed Agreed Order is attached.

s/Perry A. Craft
Perry A. Craft, BPR # 6056
CRAFT & SHEPPARD, PLC
1604 Westgate Circle, Suite 1
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717