IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| HEATHER M. NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No: 1:10-0045 |
| v. ) | Judge Haynes/Bryant |
| ) | **Jury Demand** |
| DOLGENCORP, LLC, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Counsel for the defendant has requested a telephone conference with plaintiff's counsel and the Magistrate Judge to discuss a discovery issue. A telephone conference is set at **1:30 p.m. on Thursday, October 14, 2010**, and will be initiated by defendant's counsel.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge